CHAN YONG JEONG, ESQ. (SBN 255244)
BRENNAN J MITCH, ESQ. (SBN 279109)
JEONG & LIKENS, L.C.
1055 W 7TH St. Suite 2280
Los Angeles, California 90017
Tel. 213-688-2001
Fax. 213-688-2002

Attorneys for Plaintiff, JI S. HONG

FILED
CLERK, U.S. DISTRICT COURT

SEP 2 4 2013

CENTRAL DISTRICT OF CALIFORNIA
BY:                              DEPUTY

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| JI S. HONG, an individual | CV13-7089 DSF (JEMx) |
| | |
| Plaintiff, | Case Number: |
| vs. | **PLAINTIFF'S COMPLAINT FOR:** |
| | **1. TRADEMARK INFRINGEMENT** |
| MODMERICA GROUP, INC., d/b/a | **AND/OR** |
| MODDEALS, a California Corporation; | **2. VICARIOUS AND/OR CONTRIBUTORY** |
| MODDEALS LLC d/b/a MODDEALS, a | **TRADEMARK INFRINGEMENT** |
| California Corporation; and DOES 1 through | |
| 10, inclusive, | **Jury Trial Demanded** |
| | |
| Defendants. | |

Plaintiff JI S. HONG ("Plaintiff") hereby alleges as follows:

## PRELIMINRY STATEMENT

1.     By this Complaint, Plaintiff seeks injunctive relief, damages, and other remedies provided for by law to remedy injuries caused by Defendants MODMERICA GROUP, INC., d/b/a MODDEALS ("Modmerica") and MODDEALS LLC d/b/a MODDEALS ("Moddeals") conduct of infringing Plaintiff's distinctive trademark and for Defendant's unfair competition in violation of California and United States laws.

1

2.     Plaintiff is an individual residing in the state of California. Plaintiff is the owner of the URVANA Trademark described more fully below. By way of this Complaint, Plaintiff seeks compensatory and punitive damages, restitution, and permanent injunctive relief as described below and in Plaintiff's Prayer for Relief.

3.     Modmerica Group, Inc., d/b/a Moddeals is a retail clothing company that operates multiple retail stores, an online store, and produces and sells apparel, accessories, and related products. Modmerica recently began marketing and selling URVANA brand clothing products, which is at the core of this dispute.

4.     Moddeals LLC d/b/a Moddeals is a retail clothing company that operates multiple retail stores, an online store, and produces and sells apparel, accessories, and related products. Modmerica recently began marketing and selling URVANA brand clothing products, which is at the core of this dispute.


**PARTIES**

5.     Plaintiff is and was at all times mentioned in this Complaint an individual residing in the state of California.

6.     Plaintiff is informed and believed and thereon alleges that Defendant Modmerica Group, Inc. d/b/a Moddeals ("Modmerica") is, and at all times herein mentioned was, a corporation organized and existing under the laws of California state and doing business in California, located at 2765 Main St., Chula Vista, CA 91911.

7.     Plaintiff is informed and believed and thereon alleges that Defendant Moddeals LLC d/b/a ModDeals ("Moddeals") is, and at all times herein mentioned was, a corporation organized and existing under the laws of California state and doing business in California, located at 6020 Progressive Ave. Suite 100 San Diego, CA 92154.

8.     Plaintiff is ignorant of the true names and capacities of defendants sued as DOES 1 through 20, inclusive, and therefore sue these defendants by such fictitious names. Plaintiff is informed and believe, and on the basis of that information and belief alleges, that at all times mentioned in this Complaint, DOES 1 through 20 were agents and employees of the

Defendants or otherwise responsible for the conduct complained of herein, and in doing the things alleged in this Complaint were acting within the course and scope of that agency and employment or were otherwise responsible for the damages complained of by Plaintiff. Plaintiff will amend this Complaint to allege its true names and capacities when ascertained.

## JURISDICTION AND VENUE

9.     This is an action for federal trademark infringement pursuant to 1 U.S.C. § 1114, false designation of origin under the Lanham Act pursuant to 15 U.S.C. § 1125, reverse confusion trademark infringement under 15 U.S.C. § 1114, California common law trademark infringement under California Business & Professions Code § 14200 *et. seq.*, and unfair competition and unfair business practices under California Business & Professions Code § 17200 *et seq.*

10.     The Court has jurisdiction under 15 U.S.C. §§ 1121, 1125; 28 U.S.C. §§ 1331 and 1338(a) in that this case arises under the Trademark Laws of the United States, 15 U.S.C. §§ 1051 *et seq.* The Court has jurisdiction over the unfair competition claims herein pursuant to 28 U.S.C. § 1338(b) because these claims are joined with a substantial and related claim arising under the Trademark Laws of the United States.

11.     Venue is proper in this district under 28 U.S.C. § 1391(b) in that Defendants are subject to personal jurisdiction in this district, and a substantial part of the events giving rise to the claim occurred in this district, and Defendants have targeted their harm and injury to Plaintiff whose business exist in this district.

12.     Defendants are subject to personal jurisdiction in this district under Federal Rules of Civil Procedure Rule 4(k)(1)(A) and California Code of Civil Procedure § 410.10. Defendants have purposely availed themselves of the privilege of doing business in this judicial district, by, among other things, (1) operating multiple retail stores in this district, (2) marketing and selling the products to California residents in this district via mail, email, and other means; and (3) entering into sales contracts with California residents through online retail sales in this district.

COMPLAINT FOR DAMAGES

## **FACTUAL BACKGROUND**

13.     Ji S. Hong is the owner and registrant of U.S. Trademark Registration 4,100,244 for the mark URVANA which has been approved on March 6, 2012 (Exhibit 1).

14.     An intent – to – use application for the mark URVANA was filed on April 27, 2011 in the United States Patent and Trademark office by Ji S. Hong.

15.     Our investigation has recently revealed that Modmerica and Moddeals is producing, manufacturing, distributing, and/or offering for sale garments or accessories (Exhibit 2) which infringe Ji S. Hong's right in a two dimensional trademark (URVANA Trademark) (Exhibit 3).

16.     On or about June 13, 2013, a letter was sent to Modmerica, Inc., d/b/a Moddeals titled "DEMAND TO CEASE AND DESIST VIOLATIONS OF TRADEMARK LAWS – ACTION TO BE TAKEN PURSUANT TO 15 U.S.C. § 1111 *et seq.* (Exhibit 4).

17.     By virtue of the foregoing, Plaintiff is compelled to seek a declaration from this Court which permanently bars Modmerica and Moddeals from use of the URVANA Trademark.

## **FIRST CAUSE OF ACTION**

(Federal Trademark Infringement [Lanham Act, 15 U.S.C. § 1114(1)])

(Modmerica Group, Inc., and Moddeals LLC)

18.     Ji S. Hong re-alleges each and every allegation set forth in Paragraphs 1 through 17 , inclusive, and incorporates them as though fully set forth by this reference herein.

19.     Ji S. Hong is the owner of registered trademark, as described above. Plaintiff's has used its registered marks to identify its goods and services and to distinguish them from those made and sold by others. Ji S. Hong has prominently displayed the URVANA Trademark on products.

20.     Defendants have infringed Ji S. Hong's marks in commerce by selling and displaying goods and services in its stores and in its on-line retail stores by using marks that are

4

1    strikingly similar to the URVANA Trademark, without the permission or authority of the

2    Plaintiff.

3    21.   Defendants' use of the URVANA Trademark is in a manner that is likely to cause

4    confusion s to an association, affiliation, sponsorship, or endorsement of Defendant's goods

5    and services with or by the Plaintiff.

6    22.   Defendants plan to continue to expand their unauthorized and infringing use on clothing

7    items and for retail store services, and potentially other goods.

8    23.   Defendants' current and continued use of the URVANA Trademark in the manner

9    described herein is likely to cause confusion, to cause mistake, or to deceive the purchasing

10   public.

11   24.   Defendants' actions are intentional and willful. Defendants has been on notice of Ji S.

12   Hong's registered trademarks by virtue of long-standing use of said mark, by way of actual

13   notice in cease and desist letters sent to Defendants. Despite actual notice of Plaintiff's

14   registrations and prior rights, Defendants have refused to cease the infringing activity.

15   25.   As a proximate result of Defendants' acts, Ji S. Hong has suffered, and will continue to

16   suffer damage to its reputation and goodwill, injury to its current and potential customer

17   base, and a loss of revenue in an amount not yet determined.

18   26.   Ji S. Hong is entitled to recover Modmerica and Moddeals' profits and reasonable

19   royalties for the infringing use of the URVANA Trademark, as well as damages, all of

20   which may be trebled as a result of Defendants' willful conduct.

21   27.   Modmerica and Moddeals' intentional and willful infringement has cause, and will

22   continue to cause irreparable harm to Ji S. Hong, for which Ji S. Hong has no adequate

23   remedy at law. Therefore, Ji S. Hong is entitled to injunctive relief that permanently bars

24   Modmerica and Moddeals from use of the URVANA Trademark.

25   28.   Modmerica and Moddeals' action renders this an exceptional case, further entitling Ji S.

26   Hong to recovery of its attorneys' fees and costs of suit as detailed in 15 U.S.C. § 1117.

27

28                              **SECOND CAUSE OF ACTION**

COMPLAINT FOR DAMAGES

(False Designation of Origin [Lanham Act, 15 U.S.C. § 1125(a)])

(Modmerica Group, Inc., and Moddeals LLC)

29.   Ji S. Hong re-alleges each and every allegation set forth is Paragraphs 1 through 28, inclusive, and incorporates them as though fully set forth by this reference herein.

30.   Since 2012, Ji S. Hong developed the mark URVANA and has consistently used URVANA on goods and services in commerce over the past year. Consumers recognize and associate the URVANA Trademark as originating from Ji S. Hong. Ji S. Hong has established significant common law trademark rights in connection with its URVANA mark.

31.   By virtue of its longstanding use of the URVANA Trademark, Ji S. Hong has developed a valuable reputation for quality and goodwill associated with its brand. It has invested considerable time, effort, and expense with the creation, advertising, and promotion of URVANA in connection with its clothing, accessories, and related products and services.

32.   Ji S. Hong's use and rights in and to the URVANA Trademark significantly predate any use or rights to strikingly similar marks used by Modmerica and ModDeals.

33.   Modmerica and Moddeals, through its use of the URVANA Trademark, is engaged in trademark infringement and unfair competition in violation of Section 43(2) of the Lanham Act, 15n U.S.C. § 1125(a).

34.   Modmerica and Moddeals, having actual and constructive notice of Ji S. Hong's rights, continues to infringe by using a strikingly similar mark in commerce in a way that is likely to cause confusion in that consumers may wrongly believe that Modmerica and Moddeals is associated or affiliated with, sponsorship or endorsed by Ji S. Hong.

35.   Modmerica and Moddeals' conduct, after actual and constructive notice of Ji S. Hong's rights in knowing and willful.

36.   As a proximate result of Defendants' acts, Ji S. Hong has suffered, and will continue to suffer damage to its reputation and goodwill, injury to its current and potential customer base, as well as a loss of revenue in an amount not yet determined.

37.   Ji S. Hong is entitled to recover Modmerica and Moddeals' profits and reasonable royalties for the infringing use of the URVANA Trademark, as well as damages, all of which may be trebled as a result of Modmerica and Moddeals' willful infringement.

38.   Modmerica and Moddeals' intentional and willful infringement has caused, and will continue to cause irreparable hard to Ji S. Hong, for which Ji S. Hong, has no adequate remedy at law. Therefore, Ji S. Hong is entitled to injunctive relief that permanently bars Modmerica and Moddeals from use of its URVANA Trademark.

39.   Modmerica and Moddeals' actions render this an exceptional case, further entitling Ji S. Hong to recovery of its attorneys' fees and costs of suit as detailed in 15 U.S.C. § 1117.

### THIRD CAUSE OF ACTION

(Reverse Confusion Trademark Infringement [15 U.S.C. § 1114])

(Against Modmerica Group, Inc., and Moddeals LLC)

40.   Plaintiff re-alleges each and every allegation set out above in this Complaint.

41.   Defendants used and continue to use the URVANA Trademark without the consent or authorization of Plaintiff in a matter that has cause confusion, mistake and deception and is likely to cause confusion, mistake, or to deceive the purchasing public as to the source of the goods.

42.   Defendants' actions are likely to lead the public to incorrectly conclude that Plaintiff's goods originate from Defendants, which will damage both Plaintiff and consumers. Defendants' unauthorized use in commerce of the URVANA Trademark constitutes "reverse-confusion" trademark infringement under 15 U.S.C. § 1114 *et seq.*

43.   As a direct and proximate result of Defendants' reverse-confusion trademark infringement, Plaintiff has suffered and will continue to suffer loss of income, profits and goodwill, and Defendants have and will continue to be unjustly enriched by acquiring income, profits and goodwill to which they are not entitled.

44.   Modmerica and Moddeals' intentional and willful reverse-confusion trademark infringement has cause, and will continue to cause irreparable harm to Ji S. Hong, for

1   which Ji S. Hong has no adequate remedy at law. Therefore, Ji S. Hong is entitled to

2   injunctive relief that permanently bars Modmerica and Moddeals from use of the

3   URVANA Trademark.

4   45.   Modmerica and Moddeals' actions render this an exceptional case, further entitling Ji S.

5   Hong to recovery of its attorneys' fees and costs of suit as detailed in 15 U.S.C. § 1117.

6

7   **FOURTH CAUSE OF ACTION**

8   (California Common Law Trademark Infringement)

9   (Against Modmerica Group, Inc., and Moddeals LLC)

10  46.   Ji S. Hong re-alleges each and every allegation set forth in Paragraphs 1 through 45,

11  inclusive, and incorporates them as though fully set forth by this reference herein.

12  47.   Ji S. Hong has developed substantial California common law rights in and to the mark

13  URVANA.

14  48.   By their acts, Defendants have infringed Ji S. Hong's trademark by using confusingly

15  similar marks in commerce in a way that is likely to cause confusion as to Ji S. Hong's

16  association, affiliation, sponsorship or endorsement of Defendants and their products.

17  49.   As a direct and proximate result of Defendants' California state common law

18  infringement, Plaintiff has suffered and will continue to suffer loss of income, profits and

19  goodwill, and Defendants have and will continue to be unjustly enriched by acquiring

20  income, profits and goodwill to which they are not entitled.

21  50.   Unless restrained, Modmerica and Moddeals will continue the acts and conduct set forth

22  in this cause of action, to Ji S. Hong's great and irreparable injury, for which damages will

23  not afford adequate relief. Ji S. Hong is therefore entitled to an injunction ordering

24  Modmerica and Moddeals to cease and desist its infringing conduct.

25  51.   Modmerica and Moddeals committed its wrongful acts willfully after actual and

26  constructive notice of Active's rights. Defendants' conduct therefore justifies and award of

27  exemplary damages.

28

## **FIFTH CAUSE OF ACTION**

(Unfair Business Practices [cal. Bus. & Prof. Code § 17200 et seq.])

(Against Modmerica Group, Inc., and Moddeals LLC)

52.    Ji S. Hong re-alleges each and every allegation set forth in Paragraphs 1 through 51, inclusive, and incorporates them as though fully set forth by this reference herein.

53.    Modmerica and Moddeals' producing, marketing, selling, and offering for sale products bearing the URVANA Trademark constitute unlawful, unfair, or fraudulent business acts or practices within the meaning of California Business and Professions Code section 17200, in that they 1) infringe Plaintiff's rights in the URVANA Trademark by using confusingly similar marks on its own products in a manner that is likely to cause confusion to the general public as the source of Modmerica and Moddeals' products, 2) are a form of "passing off" and 3) create reverse confusion to capitalize on Ji S. Hong's reputation for quality and goodwill associated with the URVANA Trademark and brand.

54.    Ji S. Hong has suffered injury in fact and lost money or property as a result of Defendant's unfair competition in the form of damage to its good will, lost sales, and other actual damages.

55.    The harm to Plaintiff Ji S. Hong and to members of the general public outweighs the utility of Defendants' business practices.

56.    The unlawful, unfair, and fraudulent business practices of Defendants, as described in this Complaint, present a continuing threat to members of the public in that they are likely to cause confusion as to the source of Defendants' products in that the general public is likely to believe that Defendants' products originate from, or are affiliated or associated with Plaintiff, or are otherwise sponsored or endorsed by Plaintiff.

57.    As a direct and proximate result of Defendants' wrongful acts as alleged in this Complaint, Defendants obtained unlawful profits to the detriment of Plaintiff.

58.    Unless restrained, Defendants will continue the acts and conduct set forth in this cause of action, to Plaintiff's great and irreparable injury, for which damages will not afford

9

1  adequate relief. Plaintiff is therefore entitled to an injunction prohibiting Modmerica and
2  Moddeals' wrongful acts.

3  59.  Defendants committed the wrongful acts willfully, intending to gain business and a
4  share of the market at the expense of Plaintiff's profits and market share while creating
5  customer confusion regarding the source of goods bearing the URVANA Trademark.
6  Defendants' conduct justifies an award of exemplary damages.

7  60.  Upon proof, Plaintiff is entitled to recover its costs, including attorneys' fees, under
8  California Code of Civil Procedure Section 1021.5.

9

10  ## PRAYER FOR RELIEF

11  WHEREFORE, Plaintiff Ji S. Hong prays for judgment against Defendants Modmerica
12  Group, Inc., and Moddeals LLC, as to all counts of its Complaint, as follows:

13  FOR ALL CAUSES OF ACTION

14  1.  Actual general and compensatory damages and royalties according to proof;

15  2.  Reasonable attorney's fees and costs of suit;

16  3.  Pre-judgment interest on all amounts claimed as permitted by law;

17  4.  For temporary and permanent injunctive relief:

18      a.  Enjoining Defendants, causing them to cease and desist from using any
19          trademark that is similar to Plaintiff's trademarks;

20      b.  Enjoining Defendants from applying to register any trademark that is similar to
21          Plaintiff's trademarks;

22      c.  Ordering Defendants from applying to register any trademark that is similar to
23          Plaintiff's trademarks;

24      d.  Ordering Defendants to engage in corrective advertising to restore, to the fullest
25          extent possible, the value of Plaintiff's marks;

26  5.  Restitution and disgorgement of Defendants' profits obtained through unjust enrichment;

27  6.  Punitive or exemplary damages, including but not limited to treble damages as a result of
28      Defendants' willful infringement; and

7.  Such other, further, and different relief as the Court may deem proper under the circumstances.

Dated: September 9, 2013

Respectfully submitted,

C. Yong Jeong, Esq.
Brennan J Mitch, Esq.
Attorneys for Plaintiff

# EXHIBIT 1

# United States of America

## United States Patent and Trademark Office

# URVANA

**Reg. No. 4,110,244**

**Registered Mar. 6, 2012**

**Int. Cl.: 25**

**TRADEMARK**

**PRINCIPAL REGISTER**

HONG, JI S (UNITED STATES INDIVIDUAL)
2551 S. ALAMEDA ST.
LOS ANGELES, CA 90058

FOR: T-SHIRTS, IN CLASS 25 (U.S. CLS. 22 AND 39).

FIRST USE 8-1-2011; IN COMMERCE 8-1-2011.

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PAR-
TICULAR FONT, STYLE, SIZE, OR COLOR.

SN 85-305,538, FILED 4-27-2011.

PAM WILLIS, EXAMINING ATTORNEY



*David J. Kappos*

"Director of the United States Patent and Trademark Office

# EXHIBIT 2

Tribal Print Cropped Top | $11.50 | Trendy Cheap | Blouses | Pink | ...

http://www.moddeals.com/p/tribal-print-cropped-t



Recently
Viewed

Returns

# moddeals
## CHEAP MADE CHIC

find something great... 🔍      REGISTER or LOG IN

$10 FREE
FOR REFERRING US

HES    SHOES    ACCESSORIES    BAGS    JEWELRY    PLUS    SALE    BLOG                    0

50% OFF JEWELRY    SALE ENDS MONDAY NIGHT AT 11:59 PST    » SHOP NOW

Clothes > Tops > Blouses & Shirts > Tribal Print Cropped Top Pink



### Tribal Print Cropped Top Pink
Be the first to review

Item: T10216-33-Pink

**$11.50**

✓ Color Selected (Selected "Pink")



Select size

M    L

| ADD TO CART | ♡ WISHLIST |

Description    Model Stats    Need Help?    Returns

*This bright colored top looks great with a faux leather mini skirt, or go bold and
wear it with colored skinny jeans.*

♡ Runs true to size

Model is wearing size: S

| FEATURES: | Neck Style: Scoop Neck |
| | Sleeve Length: Sleeveless |

| FABRICS: | Polyester: 95% |
| | Spandex: 5% |

| CARE: | Washing Instructions: Hand Wash |
| | Drying Instructions: Hang Dry |

Print Cropped Top Pink Reviews

✹ Write a Review



ABOUT MOD

5 DAY
TURNS

T RATE
PPING
STANDARD

**JOIN** THE
**MOVEMENT**
Join our fight against mark ups by keeping
updated on exclusive deals, latest styles, and more!

ENTER E-MAIL ADDRESS

FIGHT THE PRICE!

**DEPARTMENTS**
CLOTHES
SHOES
JEWELRY
HANDBAGS
ACCESSORIES

**POLICIES**
SHIPPING
RETURNS
LABEL
DISCLAIMER

**LET'S BE FRIENDS.**
 

HIDE

Copyright © 2012-2013 ModDeals.com | All Rights Reserved. | Privacy Policy | Terms of Use

# moddeals
## I N V O I C E

**Delivery**
miya chung 23133690797
2505 montrose ave, 102
montrose, CA 91020
US

**Invoicing**
miya chung 23133690797
2505 montrose ave, 102
montrose, CA 91020
US
miyachung@att.net

| Order #284888 | Shipping Method:Standard Shipping | Payment Method:AMEX |
|---|---|---|

| | Description | Color/Size | Reference | U.Price | Qty | Total |
|---|---|---|---|---|---|---|
| | Tribal Print Cropped Top Pink Pink XL | Size: XL Color: Pink | Sku: T10218-33-XL-Pink BIN : 06-05-02-05 UPC: 012069119946582 | $11.50 | 1 | $11.50 |

An electronic version of this invoice is available in your account. To access it, log on to the moddeals.com website using your e-mail address and password (which you optionally created while placing your first order, if not you can request your temporary password via the login password request page.)

| | |
|---|---|
| ITEM COUNT | 1 |
| SUBTOTAL | $11.50 |
| DISCOUNTS | $0.00 |
| TAX | $0.86 |
| SHIPPING | $5.00 |
| GIFT CARD | $0.00 |
| TOTAL | $17.36 |







# EXHIBIT 3



# EXHIBIT 4

# J&L JEONG & LIKENS, L.C.

1015 W 7ᵗʰ St. Suite 2280, Los Angeles, CA 90017   • Tel: 213. 688. 2001 • Fax: 213. 688. 2002   • E-mail: info@jeonglikens.com

June 13, 2013

**VIA EMAIL**

Modmerica, Inc., dba ModDeals
6020 Progressive Avenue, Suite 100
San Diego, CA 92154
TEL: 1-888-222-7080
EMAIL: customercare@moddeals.com

Re: Urvana Clothing's Copyrighted Design

### DEMAND TO CEASE AND DESIST VIOLATIONS OF TRADEMARK LAWS – ACTION TO BE TAKEN PURSUANT TO 15 U.S.C. § 1111 *et seq.*

To the Owner/Manager/Legal Department of ModDeals:

This firm represents Urvana Clothing, Inc. ("Urvana") for purposes of prosecuting the infringement of its trademark rights. Our investigation has recently revealed your company, Modmerica, Inc., dba ModDeals ("ModDeals"), is producing, manufacturing, distributing, and/or offering for sale garments or accessories (Exhibit A) which infringe our client's rights in a two-dimensional trademark ("Trademark") (Exhibit B) which has been approved by the United States Patent and Trademark Office as of March 6, 2012 (Reg. No. 4,110,244) (Exhibit C). Any production and distribution for sale or otherwise of garments or accessories bearing the Trademark by our client are unauthorized and constitute a violation of our client's intellectual property rights under federal trademark law.  Product(s) that have used our client's trademark include, but not limited to:

- Tribal Print Cropped Top (Style # T10218)
- Price on Receipt (Pre-tax): $11.50

Specifically, your sales of these garments constitute a violation of 15 U.S.C. § 1111 et seq., ("Lanham Act"). Under the Lanham Act, your company is liable for all profits realized through the sale of infringing goods, all damages incurred by our client as a result of these sales, attorneys' fees, costs and pre-judgment interest. In the alternative, under 15 U.S.C. § 1117(c), your company may be liable for statutory damages of up to $200,000.00.

Attached hereto is a faithful reproduction of our client's proprietary trademark. The purpose of providing such reproduction is to identify the Trademark being infringed. Please note that reproduction of the Trademark is not to be interpreted as authorization for use. Also attached hereto is a reproduction of the garment with the infringing Trademark being sold by your company ("Infringing Goods"). The reproduction of this Infringing Good is not meant to be inclusive of all garments alleged to infringe our client's Trademark.

This correspondence shall serve as our client's formal demand that ModDeals **IMMEDIATELY CEASE AND DESIST** from all distribution and/or sales of the garments or accessories discussed above. This correspondence shall further serve as our client's demand for an accounting of the following information:

1. The total quantity of garments and/or accessories your company manufactured and/or purchased at any time up to and including the present that bear our client's Trademark;
2. The total quantity of garments and/or accessories your company sold at any time up to and including the present that bear our client's Trademark;
3. The amount of unites of allegedly infringing product currently in your inventory;
4. The purchase price per unit your company paid to the wholesaler or manufacturer, or both, who provide the falsely-trademarked garments and/or accessories to your company;
5. Any documentation regarding any license, assignment or transfer of any kind regarding the use of the infringed trademark and the name, address and telephone number of any party involved in that transaction, including but not limited to, legal representation;
6. The name, address and telephone number of and purchase price paid to any converter who provided the allegedly Infringing Goods to the company;
7. The name, address and telephone number of and purchase price paid to any mill that provided the allegedly infringing trademark to the company;
8. The name, address and telephone number of and purchase price paid to any manufacturer, importer, or exporter involved in the delivery of the allegedly Infringing Goods;
9. The name, address and telephone number of and purchase price paid to any party used in the delivery of the allegedly Infringing Goods;
10. The name of any party involved in cutting, sewing, stitching, and any other aspect of producing garments from the allegedly infringing fabric or garments;
11. The total quantity of the allegedly Infringing Goods sold to date;
12. The sales price per unit of the allegedly Infringing Goods sold to date;
13. The name, address and telephone number of any retailers or wholesalers to which you company sold the allegedly Infringing Goods;
14. The amount of profits derived by your company and its affiliates from the sale of the allegedly Infringing Goods at any time up to and including the present;
15. The name, address and telephone number and company affiliation of the individual(s) responsible for providing your company with the design on the allegedly Infringing Goods;
16. The name, address and telephone number of any company to which your company provided the design on the allegedly Infringing Goods;
17. The amount of profits derived by your company and its affiliates from the sale of the allegedly Infringing Goods at any time up to and including the present;
18. The name, address and telephone number and company affiliation of the sales representative(s) responsible for the transaction by which you obtained the allegedly Infringing Goods.
19. The name, address and telephone number for any company or companies that brokered any transactions involving goods tagged with our client's Trademark.
20. The United States Custom Entry Number(s) for shipment(s) of any garments and/or any shipment of accessories bearing our client's Trademark.

3

This information must be provided with accompanying documentation, including financial and other business records, supporting the responses given to these questions. Any continuing violation of our client's intellectual property rights, or any knowing, past violation of those rights, may further subject you to punitive or willful infringement damages.

**Demand is hereby made that you confirm on behalf of your company in writing, to be received by our office no later than 3:00 pm on June 21, 2013, that your company has ceased and desisted in its sale of the infringing garments and/or accessories which exploit our client's Trademark. At that time, your company must also produce the documentation requested herein.**

**Should your company fail or refuse to cease and desist from its wrongful conduct, or to provide an appropriate accounting, Urvana will have no alternative but to file a complaint against your company seeking immediate injunctive relief, as well as compensatory, statutory and punitive damages, attorneys' fees and costs of suit.**

This letter does not waive or limit, in any manner, any of our client's right, including without limitation, the right to seek damages against your company and its affiliates for past and present violations of Urvana's intellectual property rights, all of which rights are reserved to the fullest extent of the law and equity.

Your prompt attention to this matter is strongly urged. If you have any questions, please feel free to contact our office.

Sincerely,

Chan Yong Jeong, Esq.
Brennan J. Mitch, Esq.

# Exhibit A

Tribal Print Cropped Top | $11.50 | Trendy Cheap | Blouses | Pink | ...

http://www.moddeals.com/p/tribal-print-cropped-



Recently
Viewed

Returns

# moddeals
CHEAP MADE CHIC

find something great...   Q

REGISTER or LOG IN

$10 FREE
FOR REFERRING US

...ES   SHOES   ACCESSORIES   BAGS   JEWELRY   PLUS   SALE   BLOG

50% OFF JEWELRY   SALE ENDS MONDAY NIGHT AT 11:59 PST   » SHOP NOW

0

Clothes > Tops > Blouses & Shirts > Tribal Print Cropped Top Pink



## Tribal Print Cropped Top Pink
Be the first to review

Item: T10218-33-Pink

### $11.50

Color Selected (Selected "Pink")



Select size

| M | L |

## ADD TO CART

♡ WISHLIST

Promo Code

Description   Model Stats   Need Help?   Returns

*This bright colored top looks great with a faux leather mini skirt, or go bold and wear it with colored skinny jeans.*

♡ Runs true to size

Model is wearing size: S

| FEATURES: | Neck Style: Scoop Neck |
| | Sleeve Length: Sleeveless |
| FABRICS: | Polyester: 95% |
| | Spandex: 5% |
| CARE: | Washing Instructions: Hand Wash |
| | Drying Instructions: Hang Dry |

Print Cropped Top Pink Reviews

❋ Write a Review

ABOUT MOD

5 DAY
TURNS

T RATE
PPING
STANDARD

HIDE

JOIN THE
MOVEMENT

Join our fight against mark ups by keeping
updated on exclusive deals, latest styles, and more!

ENTER E-MAIL ADDRESS

FIGHT THE PRICE!

**DEPARTMENTS**

CLOTHES
SHOES
JEWELRY
HANDBAGS
ACCESSORIES

**POLICIES**

SHIPPING
RETURNS
LABEL
DISCLAIMER

LET'S BE FRIENDS.

 

Copyright © 2012-2013 ModDeals.com | All Rights Reserved. | Privacy Policy | Terms of Use



## moddeals
### I N V O I C E

**Delivery**
miya chung 23133690797
2505 montrose ave, 102
montrose, CA 91020
US

**Invoicing**
miya chung 23133690797
2505 montrose ave, 102
montrose, CA 91020
US
miyachung@att.net

| Order #284888 | Shipping Method:Standard Shipping | Payment Method:AMEX |

| | Description | Color/Size | Reference | U.Price | Qty | Total |
|---|---|---|---|---|---|---|
| | Tribal Print Cropped Top Pink Pink XL | Size: XL Color: Pink | Sku: T10218-33-XL-Pink BIN : 06-05-02-05 UPC: 012069119946582 | $11.50 | 1 | $11.50 |

An electronic version of this invoice is available in your account. To access it , log on to the moddeals.com website using your e-mail address and password (which you optionally created while placing your first order, if not you can request your temporary password via the login password request page.)

| | |
|---|---|
| ITEM COUNT | 1 |
| SUBTOTAL | $11.50 |
| DISCOUNTS | $0.00 |
| TAX | $0.86 |
| SHIPPING | $5.00 |
| GIFT CARD | $0.00 |
| TOTAL | $17.36 |







# Exhibit B



# Exhibit C

# United States of America

## United States Patent and Trademark Office

# URVANA

**Reg. No. 4,110,244**
**Registered Mar. 6, 2012**

**Int. Cl.: 25**

**TRADEMARK**

**PRINCIPAL REGISTER**

HONG, JI S (UNITED STATES INDIVIDUAL)
2551 S. ALAMEDA ST.
LOS ANGELES, CA 90058

FOR: T-SHIRTS, IN CLASS 25 (U.S. CLS. 22 AND 39).

FIRST USE 8-1-2011; IN COMMERCE 8-1-2011.

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PAR-
TICULAR FONT, STYLE, SIZE, OR COLOR.

SN 85-305,538, FILED 4-27-2011.

PAM WILLIS, EXAMINING ATTORNEY



*David J. Kappos*

Director of the United States Patent and Trademark Office








## UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA
### CIVIL COVER SHEET

**I (a) PLAINTIFFS** (Check box if you are representing yourself ☐)
JI S. HONG, an individual

**DEFENDANTS**
MODMERICA GROUP, INC., d/b/a MODDEALS, a Califonia Corporation;
MODDEALS LLC d/b/a MODDEALS, a California Corporation;

**(b)** Attorneys (Firm Name, Address and Telephone Number. If you are representing yourself, provide same.)

Jeong & Likens L.C.
1055 West 7th Street, Suit 2280
Los Angeles, CA 90017

Attorneys (If Known)

**II. BASIS OF JURISDICTION** (Place an X in one box only.)

☐ 1 U.S. Government Plaintiff   ☒ 3 Federal Question (U.S. Government Not a Party)

☐ 2 U.S. Government Defendant   ☐ 4 Diversity (Indicate Citizenship of Parties in Item III)

**III. CITIZENSHIP OF PRINCIPAL PARTIES** - For Diversity Cases Only
(Place an X in one box for plaintiff and one for defendant.)

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business in this State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business in Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

**IV. ORIGIN** (Place an X in one box only.)

☒ 1 Original Proceeding   ☐ 2 Removed from State Court   ☐ 3 Remanded from Appellate Court   ☐ 4 Reinstated or Reopened   ☐ 5 Transferred from another district (specify):   ☐ 6 Multi-District Litigation   ☐ 7 Appeal to District Judge from Magistrate Judge

**V. REQUESTED IN COMPLAINT:   JURY DEMAND:** ☒ Yes   ☐ No (Check 'Yes' only if demanded in complaint.)

**CLASS ACTION under F.R.C.P. 23:** ☐ Yes   ☒ No   ☒ **MONEY DEMANDED IN COMPLAINT:** $ TBD at Trial

**VI. CAUSE OF ACTION** (Cite the U.S. Civil Statute under which you are filing and write a brief statement of cause. Do not cite jurisdictional statutes unless diversity.)
Copyright Act of 1976, Title 17 U.S.C. 101 et seq. Copyright infringement and/or vicarious and/or contributory copyright infringement

**VII. NATURE OF SUIT** (Place an X in one box only.)

**OTHER STATUTES**
☐ 400 State Reapportionment
☐ 410 Antitrust
☐ 430 Banks and Banking
☐ 450 Commerce/ICC Rates/etc.
☐ 460 Deportation
☐ 470 Racketeer Influenced and Corrupt Organizations
☐ 480 Consumer Credit
☐ 490 Cable/Sat TV
☐ 810 Selective Service
☐ 850 Securities/Commodities/ Exchange
☐ 875 Customer Challenge 12 USC 3410
☐ 890 Other Statutory Actions
☐ 891 Agricultural Act
☐ 892 Economic Stabilization Act
☐ 893 Environmental Matters
☐ 894 Energy Allocation Act
☐ 895 Freedom of Info. Act
☐ 900 Appeal of Fee Determi- nation Under Equal Access to Justice
☐ 950 Constitutionality of State Statutes

**CONTRACT**
☐ 110 Insurance
☐ 120 Marine
☐ 130 Miller Act
☐ 140 Negotiable Instrument
☐ 150 Recovery of Overpayment & Enforcement of Judgment
☐ 151 Medicare Act
☐ 152 Recovery of Defaulted Student Loan (Excl. Veterans)
☐ 153 Recovery of Overpayment of Veteran's Benefits
☐ 160 Stockholders' Suits
☐ 190 Other Contract
☐ 195 Contract Product Liability
☐ 196 Franchise

**REAL PROPERTY**
☐ 210 Land Condemnation
☐ 220 Foreclosure
☐ 230 Rent Lease & Ejectment
☐ 240 Torts to Land
☐ 245 Tort Product Liability
☐ 290 All Other Real Property

**TORTS**
**PERSONAL INJURY**
☐ 310 Airplane
☐ 315 Airplane Product Liability
☐ 320 Assault, Libel & Slander
☐ 330 Fed. Employers' Liability
☐ 340 Marine
☐ 345 Marine Product Liability
☐ 350 Motor Vehicle
☐ 355 Motor Vehicle Product Liability
☐ 360 Other Personal Injury
☐ 362 Personal Injury- Med Malpractice
☐ 365 Personal Injury- Product Liability
☐ 368 Asbestos Personal Injury Product Liability

**IMMIGRATION**
☐ 462 Naturalization Application
☐ 463 Habeas Corpus- Alien Detainee
☐ 465 Other Immigration Actions

**TORTS**
**PERSONAL PROPERTY**
☐ 370 Other Fraud
☐ 371 Truth in Lending
☐ 380 Other Personal Property Damage
☐ 385 Property Damage Product Liability

**BANKRUPTCY**
☐ 422 Appeal 28 USC 158
☐ 423 Withdrawal 28 USC 157

**CIVIL RIGHTS**
☐ 441 Voting
☐ 442 Employment
☐ 443 Housing/Acco- mmodations
☐ 444 Welfare
☐ 445 American with Disabilities - Employment
☐ 446 American with Disabilities - Other
☐ 440 Other Civil Rights

**PRISONER PETITIONS**
☐ 510 Motions to Vacate Sentence Habeas Corpus
☐ 530 General
☐ 535 Death Penalty
☐ 540 Mandamus/ Other
☐ 550 Civil Rights
☐ 555 Prison Condition

**FORFEITURE / PENALTY**
☐ 610 Agriculture
☐ 620 Other Food & Drug
☐ 625 Drug Related Seizure of Property 21 USC 881
☐ 630 Liquor Laws
☐ 640 R.R. & Truck
☐ 650 Airline Regs
☐ 660 Occupational Safety /Health
☐ 690 Other

**LABOR**
☐ 710 Fair Labor Standards Act
☐ 720 Labor/Mgmt. Relations
☐ 730 Labor/Mgmt. Reporting & Disclosure Act
☐ 740 Railway Labor Act
☐ 790 Other Labor Litigation
☐ 791 Empl. Ret. Inc. Security Act

**PROPERTY RIGHTS**
☐ 820 Copyrights
☐ 830 Patent
☒ 840 Trademark

**SOCIAL SECURITY**
☐ 861 HIA (1395ff)
☐ 862 Black Lung (923)
☐ 863 DIWC/DIWW (405(g))
☐ 864 SSID Title XVI
☐ 865 RSI (405(g))

**FEDERAL TAX SUITS**
☐ 870 Taxes (U.S. Plaintiff or Defendant)
☐ 871 IRS-Third Party 26 USC 7609

# CV13-7089

**FOR OFFICE USE ONLY:**   Case Number: _____

**AFTER COMPLETING THE FRONT SIDE OF FORM CV-71, COMPLETE THE INFORMATION REQUESTED BELOW.**

CV-71 (05/08)                    CIVIL COVER SHEET                    Page 1 of 2

UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA
CIVIL COVER SHEET

VIII(a). IDENTICAL CASES: Has this action been previously filed in this court and dismissed, remanded or closed? ☑ No   ☐ Yes
If yes, list case number(s): _____

VIII(b). RELATED CASES: Have any cases been previously filed in this court that are related to the present case? ☑ No   ☐ Yes
If yes, list case number(s): _____

Civil cases are deemed related if a previously filed case and the present case:
(Check all boxes that apply)   ☐ A.  Arise from the same or closely related transactions, happenings, or events; or
                               ☐ B.  Call for determination of the same or substantially related or similar questions of law and fact; or
                               ☐ C.  For other reasons would entail substantial duplication of labor if heard by different judges; or
                               ☐ D.  Involve the same patent, trademark or copyright, and one of the factors identified above in a, b or c also is present.

IX. VENUE: (When completing the following information, use an additional sheet if necessary.)

(a)  List the County in this District; California County outside of this District; State if other than California; or Foreign Country, in which EACH named plaintiff resides.
☐   Check here if the government, its agencies or employees is a named plaintiff. If this box is checked, go to item (b).

| County in this District:* | California County outside of this District; State, if other than California; or Foreign Country |
|---|---|
| Ji S. Hong - Los Angeles County | |

(b)  List the County in this District; California County outside of this District; State if other than California; or Foreign Country, in which EACH named defendant resides.
☐   Check here if the government, its agencies or employees is a named defendant. If this box is checked, go to item (c).

| County in this District:* | California County outside of this District; State, if other than California; or Foreign Country |
|---|---|
| | Defendant Modmerica Group, Inc. d/b/a Moddeals - San Diego, CA |
| | Defendant Moddeals LLC d/b/a Moddeals - San Diego, CA |

(c)  List the County in this District; California County outside of this District; State if other than California; or Foreign Country, in which EACH claim arose.
     Note: In land condemnation cases, use the location of the tract of land involved.

| County in this District:* | California County outside of this District; State, if other than California; or Foreign Country |
|---|---|
| Trademark infringement - Los Angeles County | |
| Vicarious and/or contributory trademark infringement - Los Angeles County | |

* Los Angeles, Orange, San Bernardino, Riverside, Ventura, Santa Barbara, or San Luis Obispo Counties
Note: In land condemnation cases, use the location of the tract of land involved.

X. SIGNATURE OF ATTORNEY (OR PRO PER): _____  Date 09/20/2013

Notice to Counsel/Parties:  The CV-71 (JS-44)  Civil Cover Sheet and the information contained herein neither replace nor supplement the filing and service of pleadings
or other papers as required by law. This form, approved by the Judicial Conference of the United States in September 1974, is required pursuant to Local Rule 3-1 is not filed
but  is used by the Clerk of the Court for the purpose of statistics, venue and initiating the civil docket sheet. (For more detailed instructions, see separate instructions sheet.)

Key to Statistical codes relating to Social Security Cases:

| Nature of Suit Code | Abbreviation | Substantive Statement of Cause of Action |
|---|---|---|
| 861 | HIA | All claims for health insurance benefits (Medicare) under Title 18, Part A, of the Social Security Act, as amended. Also, include claims by hospitals, skilled nursing facilities, etc., for certification as providers of services under the program. (42 U.S.C. 1935FF(b)) |
| 862 | BL | All claims for "Black Lung" benefits under Title 4, Part B, of the Federal Coal Mine Health and Safety Act of 1969. (30 U.S.C. 923) |
| 863 | DIWC | All claims filed by insured workers for disability insurance benefits under Title 2 of the Social Security Act, as amended; plus all claims filed for child's insurance benefits based on disability. (42 U.S.C. 405(g)) |
| 863 | DIWW | All claims filed for widows or widowers insurance benefits based on disability under Title 2 of the Social Security Act, as amended. (42 U.S.C. 405(g)) |
| 864 | SSID | All claims for supplemental security income payments based upon disability filed under Title 16 of the Social Security Act, as amended. |
| 865 | RSI | All claims for retirement (old age) and survivors benefits under Title 2 of the Social Security Act, as amended. (42 U.S.C. (g)) |

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

### NOTICE OF ASSIGNMENT TO UNITED STATES JUDGES

This case has been assigned to District Judge _____ Dale S. Fischer _____ and the assigned Magistrate Judge is _____ John E. McDermott _____ .

The case number on all documents filed with the Court should read as follows:

### 2:13CV7089 DSF JEMx

Pursuant to General Order 05-07 of the United States District Court for the Central District of California, the Magistrate Judge has been designated to hear discovery related motions.

All discovery related motions should be noticed on the calendar of the Magistrate Judge.

Clerk, U. S. District Court

September 24, 2013
_____
Date

By  J.Prado
_____
Deputy Clerk

---

### NOTICE TO COUNSEL

*A copy of this notice must be served with the summons and complaint on all defendants (if a removal action is filed, a copy of this notice must be served on all plaintiffs).*

**Subsequent documents must be filed at the following location:**

| | | |
|---|---|---|
| [x] Western Division<br>312 N. Spring Street, G-8<br>Los Angeles, CA 90012 | ☐ Southern Division<br>411 West Fourth St., Ste 1053<br>Santa Ana, CA 92701 | ☐ Eastern Division<br>3470 Twelfth Street, Room 134<br>Riverside, CA 92501 |

**Failure to file at the proper location will result in your documents being returned to you.**

Name & Address:
Chan Yong Jeong (SBN 255244)
Jeong & Likens, L.C.
1055 West 7th Street, Suit 2280
Los Angeles, CA 90017

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| JI S. HONG, an individual | CASE NUMBER |
|---|---|
| PLAINTIFF(S) v. | CV13-7089 DSF (JEMx) |
| MODMERICA GROUP, INC., d/b/a MODDEALS, a California Corporation; MODDEALS LLC d/b/a MODDEALS, a California Corporation; and DOES 1- 10 , inclusive, DEFENDANT(S). | SUMMONS |

TO:    DEFENDANT(S):

A lawsuit has been filed against you.

Within ___21___ days after service of this summons on you (not counting the day you received it), you must serve on the plaintiff an answer to the attached ☒ complaint ☐ _____ amended complaint ☐ counterclaim ☐ cross-claim or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff's attorney, _Chan Yong Jeong (SBN 255244)_____, whose address is _Jeong & Likens L.C., 1055 West 7th Street, Los Angeles, CA 90017_____. If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint.  You also must file your answer or motion with the court.

SEP 2 4 2013

Clerk, U.S. District Court

JULIE PRADO

Dated: _____     By: _____
                                                      Deputy Clerk

                                                      (Seal of the Court)

*[Use 60 days if the defendant is the United States or a United States agency, or is an officer or employee of the United States.  Allowed 60 days by Rule 12(a)(3)].*

Name & Address:
Chan Yong Jeong (SBN 255244)
Jeong & Likens, L.C.
1055 West 7th Street, Suit 2280
Los Angeles, CA 90017

## UNITED STATES DISTRICT COURT
### CENTRAL DISTRICT OF CALIFORNIA

JI S. HONG, an individual

                                          PLAINTIFF(S)
                        v.

MODMERICA GROUP, INC., d/b/a MODDEALS, a
California Corporation; MODDEALS LLC d/b/a
MODDEALS, a California Corporation; and DOES
1- 10 , inclusive,
                                          DEFENDANT(S).

CASE NUMBER

CV13-7089 DSF (JENx)

**SUMMONS**

TO:     DEFENDANT(S):

A lawsuit has been filed against you.

Within __21__ days after service of this summons on you (not counting the day you received it), you must serve on the plaintiff an answer to the attached ☑ complaint ☐ _____ amended complaint ☐ counterclaim ☐ cross-claim or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff's attorney, _Chan Yong Jeong (SBN 255244)_____, whose address is _Jeong & Likens L.C., 1055 West 7th Street, Los Angeles, CA 90017_____. If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Dated:     SEP 2 4 2013

Clerk, U.S. District Court

By: _____
        Deputy Clerk

        (Seal of the Court)

*[Use 60 days if the defendant is the United States or a United States agency, or is an officer or employee of the United States. Allowed 60 days by Rule 12(a)(3)].*